BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-MC-00083-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $58,370.00 SEIZED FROM US BANK ACCOUNT NUMBER 253459444969, HELD IN THE NAME OF KIMBERLY J. WOHLFORD, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants Kimberly Wohlford and David Gilmore ("claimants"), by and through their respective attorneys, as follows:

1. On or about July 19, 2012, claimants Kimberly Wohlford and David Gilmore filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $58,370.00 seized from US Bank Account Number 253459444969, held in the name of Kimberly J. Wohlford (hereafter "defendant funds"), which were seized on June 21, 2012.

2. The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested

parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is currently October 17, 2012.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 7, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 7, 2012.

DATED:   10/12/12     BENJAMIN B. WAGNER
United States Attorney

By: /s/  Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


DATED:   10-12-2012     /s/ Betty J. Williams
BETTY J. WILLIAMS
Attorney for claimants Kimberly
Wohlford and David Gilmore
(Signature retained by attorney)

**IT IS SO ORDERED.**

Dated:  10/15/2012     /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

2

Stipulation and Order to Extend Time